# United States Bankruptcy Court
## Central District of California
### Riverside
### Judge Wayne Johnson, Presiding
### Courtroom 304 Calendar

---

**Wednesday, December 18, 2019**  —  Hearing Room  **304**

---

**2:00 PM**

**6:19-19745   Rochelle M Cox**                                   **Chapter 13**

   **#60.00**   Confirmation of Chapter 13 Plan

                      Docket    2

**Matter Notes:**

   PRESENT: For Chapter 13 Trustee: Susan Luong  For Debtor:

   (*circled*) Plan confirmed.

   ( ) Confirmation denied. Case dismissed without prejudice.

   ( ) Confirmation denied.
   Case Dismissed with a 180 day bar to refiling pursuant to 11 U.S.C. § 109(g).

   ( ) Confirmation hearing continued. See next pages for a court order with the date and time of the continuance and additional terms of the continuance.

   ( ) Continued to _____ at 2:30 p.m.

**Tentative Ruling:**

**12/18/2019:**

   On December 4, 2019, the debtor appeared at a meeting of creditors. Later that day, counsel for the debtor and the chapter 13 trustee appeared at a status conference at 4:30 p.m. and reported an agreement between all appearing parties to confirm the chapter 13 plan filed in this bankruptcy case. The agreed terms of confirmation were recited on the record. The Court provided counsel for the debtor and the trustee with a proposed form of order which contained their agreed upon terms and which they approved on the record.

   In the interim, the Court has reviewed the docket and no objection to confirmation has been filed. Nor has any other pleading been filed since the status conference which would appear to impact the terms of confirmation recited at the

United States Bankruptcy Court
Central District of California
Riverside
Judge Wayne Johnson, Presiding
Courtroom 304 Calendar

Wednesday, December 18, 2019     Hearing Room   304

2:00 PM
CONT...   Rochelle M Cox     Chapter 13

status conference. Accordingly, the Court assumes the debtor still concurs with the confirmation terms recited on the record at the status conference and, therefore, the Court hereby excuses the debtor and counsel for the debtor from appearing at the confirmation hearing. No appearances by the debtor or counsel for the debtor are required at the confirmation hearing.

If the trustee, a creditor or any other party appears at the confirmation hearing (or the status conference) and requests that the Court take action adverse to the debtor (i.e. deny confirmation, dismiss the case or otherwise take any action other than confirm the plan on the agreed terms set forth on the record at the status conference), the Court will not do so in the absence of counsel for the debtor. Instead, under those circumstances, the Court would continue the matter a week or two and provide an opportunity for the debtor and counsel for the debtor to appear and address such matters.

## Party Information

**Debtor(s):**

Rochelle M Cox     Represented By
                                       Christopher J Langley

**Trustee(s):**

Rod Danielson (TR)     Pro Se